No. 17–0117/AR. U.S. v. Benjamin R. Etter. CCA 20150422. Appellant's second motion to withdraw the petition for grant of review without prejudice is hereby granted.

No. 17–0125/AR. U.S. v. Joshua G. Thomas. CCA 20150393. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and the record of trial, it is noted that the military judge neglected to seal the transcript of an MRE 412 hearing at pages 49–70 of the record. Accordingly, it is ordered that the petition is hereby granted and that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 17–0116/AR. U.S. v. Aarron D. Buckner. CCA 20150323. Appellant's motion to attach Appendix C is hereby denied.

No. 17–0134/AR. U.S. v. Olanrewaju O. Dairo. CCA 20160213. Appellant's motion to stay proceedings is hereby denied.

Monday, January 30, 2017

---

* The Clerk of the Court is ordered to seal pages 49–70 of the record of trial.

No. 17–0105/AR. U.S. v. Anthony v. Santucci. CCA 20140216. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

    I.   WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE HERRING.

    II.  WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE HERRING DID NOT MEET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGE.

    III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL ITSELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0116/AR. U.S. v. Aarron D. Buckner. CCA 20150323. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER JUDGES CELTNIEKS AND BURTON, JUDGES ON THE COURT OF MILITARY COMMISSION REVIEW, WERE STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF THEY WERE STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER THEIR SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN THEIR NEWLY ATTAINED STATUS AS SUPERIOR OFFICERS.

No briefs will be filed under Rule 25.

No. 16–0663/MC. U.S. v. Travis V. Nauta. CCA 201500244. On consideration of Appellant's motion to supplement the record filed on January 10, 2017, motion to supplement the petition for grant of review, motion to supplement the record filed on January 11, 2017, and motion to supplement the record filed on January 12, 2017, it is ordered that said motions are hereby denied.

No. 16–0671/AF. U.S. v. Keanu D.W. Ortiz. CCA 38839. On consideration of the motion filed by the Military Commission Defense Organization for leave to present